UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAREN AND JOHN M. LENHARD | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:17-cv-403-B |
| ALLSTATE FIRE & CASUALTY INSURANCE COMPANY | § § § § | **(JURY)** |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Karen and John M. Lenhard and Defendant Allstate Fire and Casualty Insurance Company file this Joint Notice of Settlement.  The parties have agreed to a settlement and are working to memorialize the agreement.  The parties request that the Court conditionally dismiss the case pending finalization of the settlement.

Defendant Allstate Fire and Casualty Insurance Company files this Notice with the consent of Plaintiffs Karen and John M. Lenhard and undersigned counsel.

Respectfully submitted,

**STACY | CONDER | ALLEN LLP**

/s/David G. Allen
David G. Allen
State Bar No. 00786972
allen@stacyconder.com

901 Main Street, Suite 6200
Dallas, Texas 75202
(214) 748-5000
(214) 748-1421 (Fax)

**ATTORNEYS FOR DEFENDANTS**

                                                **MCCLENNY MOSELEY & ASSOCIATES**

                                      */s/ James M. McClenny*
                                      James M. McClenny
                                      State Bar. 24091857
                                      411 N. Sam Houston Pkwy. E., Ste. 200
                                      Houston, Texas  77060
                                      Phone:  713-334-6121
                                      Fax:    713-322-5953
                                      james@mma-pllc.com

                                     **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     On February 6, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


                                      */s/ - David G. Allen*
                                      David G. Allen