UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAREN LEHNARD and JOHN M. LENHARD, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-0403-B |
| ALLSTATE FIRE &CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

The parties filed a Notice of Settlement on February 6, 2018. Doc. 24. Therefore, the Court **ORDERS** the parties to file their final settlement papers by **Tuesday March 6, 2018**. The Clerk of Court is directed to administratively close this case.

SO ORDERED.

SIGNED: February 6, 2018

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-